UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

MELVIN WEATHERHOLT, ET AL.,

                                                      JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.                                                NO. 1:23-cv-01275-JDB-jay

CROCKETT COUNTY SCHOOL BOARD,
ET AL.,

    Defendants.

---

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS entered on January 3, 2025, the Defendant's motion is GRANTED. All federal claims against them are DISMISSED with prejudice and all state law claims against them are DISMISSED without prejudice.

                                                        APPROVED:

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE

                                                        DATE: May 6, 2025

WENDY R. OLIVER
Clerk of Court

                                                        s/Maurice Bryson
                                                        (By)    Deputy Clerk